DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**1 SOLUTION DRIVING AND TRAFFIC SCHOOL, INC.,**
Petitioner,

v.

**STATE OF FLORIDA, DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES,**
Respondent.

No. 4D2023-0585

[November 9, 2023]

Appeal from the State of Florida, Division of Administrative Hearings; L.T. Case No. 22-2905.

Michael Gulisano of Gulisano Law, PLLC, Boca Raton, for petitioner.

Jonathan P. Sanford, Acting General Counsel, Tallahassee, and Linsey Sims-Bohnenstiehl, Assistant General Counsel, Tampa, for respondent.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***